UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DERRELL D. LILLY,<br><br>        Defendant. | Case No. 07-MJ-268<br><br>DETENTION ORDER |

Offenses charged:

    Count 1:  Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

    Count 2:  Possession with Intent to Distribute Cocaine Base (Crack) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

    Count 3:  Making Counterfeit Currency in violation of 18 U.S.C. § 471.

Date of Detention Hearing:   June 5, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

DETENTION ORDER                                                  15.13
18 U.S.C. § 3142(i)                                         Rev. 1/91
PAGE 1

01      (2)    Defendant has a lengthy criminal record based upon his background history
02 check.

03      (3)    When arrested, defendant was in possession of 43 grams of crack cocaine and a
04 loaded firearm.

05      (4)    A search of defendant's residence revealed additional drugs and seven (7)
06 firearms.

07      (5)    A criminal background check shows that defendant has an outstanding warrant
08 for escape.

09      (6)    Defendant is associated with eight (8) alias names, three (3) dates of birth, and
10 three (3) social security numbers.

11      (7)    Defendant has several failures to appear in a court of law as ordered.

12      (8)    There are no conditions or combination of conditions that will reasonably assure
13 the appearance of defendant as required, or the safety of the community.

14     IT IS THEREFORE ORDERED:

15      (1)    Defendant shall be detained pending trial and committed to the custody of the
16            Attorney General for confinement in a correction facility separate, to the extent
17            practicable, from persons awaiting or serving sentences or being held in custody
18            pending appeal;

19      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
20            counsel;

21      (3)    On order of a court of the United States or on request of an attorney for the
22            government, the person in charge of the corrections facility in which defendant
23            is confined shall deliver the defendant to a United States Marshal for the purpose
24            of an appearance in connection with a court proceeding; and

25      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
26            counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER                           15.13
18 U.S.C. § 3142(i)                      Rev. 1/91
PAGE 2

01             Pretrial Services Officer.
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

01        DATED this 8th day of June, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 4

15.13
Rev. 1/91